**Order entered March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01470-CV

### LANDON MAY, Appellant

### V.

### MARIBETH BRYANT, Appellee

**On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court Cause No. CC1400171**

## ORDER

Before the Court is appellant's March 17, 2015 voluntary motion for dismissal. Appellant asks the Court to dismiss this cause and remand this case to the trial court for further proceedings. Appellant does not state that the motion is agreed nor does he ask the Court to vacate the trial court's judgment. *See* TEX. R. APP. P. 42.1(a)(2)(B). Accordingly, we **DENY** appellant's motion without prejudice to filing a motion that complies with rule of appellate procedure 42.1(a). *See* TEX. R. APP. P. 42.1.

/s/     ELIZABETH LANG-MIERS
        JUSTICE